1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA and                    )
     LESLIE FOUCHE-MUNOZ, Revenue Officer,  )    NO. CV 09-4134 SC
12                                                    )    [Proposed]
                     Petitioners,                     )    ORDER TO SHOW CAUSE RE
13                                                    )    ENFORCEMENT OF INTERNAL
                     v.                               )    REVENUE SERVICE SUMMONS
14                                                    )
     ERIC REED,                                       )
15                                                    )
                     Respondent.                      )
16   _____ )

17       Good cause having been shown by the petitioner upon its petition filed in the

18   above-entitled proceeding on____September 8_____, 2009, it is hereby:

19       **ORDERED** that respondent ERIC REED appear before this Court on the_18th_

20   day of _December_, 2009, at _10:00 a_.m., in Courtroom No. _1_, _17th_ Floor, United States

21   District Court, _450 Golden Gate Avenue_, _San Francisco_, California, and then and there

22   show cause, if any, why respondent should not be compelled to appear and provide

23   documents and testimony as required by the summons heretofore served upon respondent

24   as alleged and set forth in particular in said petition; and it is further

25       **ORDERED** that a copy of this Order to Show Cause, together with a copy of the

26   aforesaid petition, be served upon said respondent  in accordance with Rule 4 of the

27   Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of

28   this Order above specified; and it is further

1    **ORDERED** that within twenty-one (21) days before the return date of this Order,

2   respondent may file and serve a written response to the petition, supported by appropriate

3   affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any

4   motion respondent desires to make, that the petitioner may file and serve a written reply

5   to such response, if any, within fourteen (14) days before the return date of this Order;

6   that all motions and issues raised by the pleadings will be considered on the return date of

7   this Order, and only those issues raised by motion or brought into controversy by the

8   responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at

9   the return of this Order, and any uncontested allegation in the petition will be considered

10  admitted.

11    **ORDERED** this 10th  day of   September , 2009, at San Francisco, California.

12

13

14

15    _____

16    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS                                **2**