JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6805
  Fax: (415) 436-6748

Attorneys for the United States of America

# THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and LESLIE FOUCHE-MUNOZ, Revenue Officer,** | CASE NO. 09-4134-SC |
| **Petitioners,** | NOTICE OF DISMISSAL |
| v. | |
| **ERIC REED,** | |
| **Respondent.** | |

    Petitioners voluntarily dismiss the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).[1]

*IT IS SO ORDERED*
*Judge Samuel Conti*
1/5/10

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Thomas M. Newman*
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

---

[1] Revenue Officer Fouche-Munoz informed the undersigned that respondent had complied with the summons on or about December 23, 2009.

Case No. 09-cv-4134-SC
Notice of Dismissal